**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:       In re Bridgette Massey

Appellate case number:   01-14-00903-CV

Trial court case number:  1814

Trial court:                       12th District Court of Grimes County

Date motion filed:           January 30, 2015

Party filing motion:         Relator

It is ordered that the motion for en banc reconsideration is **DENIED.**

Judge's signature: /s/ Terry Jennings
                            Acting for the Court*

En banc court consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd.

Date: April 14, 2015